IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SILAS MARTIN, # 145609, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:08-cv-444-WKW |
| ) | [wo] |
| LAURYN A LAUDERDALE, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Before the court is the Magistrate Judge's Recommendation (Doc. # 9) that one claim and one defendant be dismissed prior to service of process under 28 U.S.C. § 1915(e)(2)(B). Plaintiff filed an objection (Doc. # 10) to the Recommendation. Upon an independent and *de novo* review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge and the plaintiff's objection, it is ORDERED that:

1. The objection (Doc. # 10) is OVERRULED;

2. The Recommendation (Doc. # 9) is ADOPTED;

3. The plaintiff's claims against Lauryn A. Lauderdale are DISMISSED with prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i), and Lauryn A. Lauderdale is DISMISSED from this action;

4. Plaintiff's challenge to the validity of his current conviction is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

5. This case is REFERRED back to the Magistrate Judge for further appropriate proceedings.

Done this 7th day of August, 2008.

　　　　　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE